UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 4:12-00064 |
| | ) | |
| v. | ) | |
| | ) | |
| JEREMY EASON | ) | MOTION |

Comes now the United States of America, by and through its undersigned counsel, and respectfully moves the Court for leave to dismiss the Indictment in the above-entitled case without prejudice; and in support of this motion avers as follows:

On January 24, 2012 a grand jury in the District of South Carolina returned a one-count indictment against the Defendant which charged the defendant with one count of conspiracy to commit bank fraud in violation of Title 18, United States Code, Section 1344 and Title 18, United States Code, Section 1349.

A warrant for his arrest was issued on November 24, 2012.  That warrant has never been served. Continued prosecution of the defendant is not in the best interest of the government. Therefore, in the interests of justice, the government requests a dismissal of the defendant's charges under Criminal Number 4:12-00064.

        Respectfully submitted,

        ADAIR F. BOROUGHS
        UNITED STATES ATTORNEY

        By:  s/John C. Potterfield
            John C. Potterfield, ID NO. 06472
            Assistant United States Attorney
            1441 Main Street, Suite 500
            Columbia, South Carolina 29201
            (803) 929-3000
            john.potterfield@usdoj.gov

January 17, 2025